August 4, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

MEMC PASADENA, INC., Appellant

NO. 14-13-00117-CV                              V.

RIDDLE POWER, LLC AND TRIAD ELECTRIC AND CONTROLS, INC.,
Appellees

_____

 This cause, an appeal from the judgment in favor of appellee, Riddle Power, LLC and Triad Electric and Controls, Inc., signed November 9, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

 We order appellant, MEMC Pasadena, Inc., to pay all costs incurred in this appeal.

 We further order this decision certified below for observance.